IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELA SAMPLE and DWAYNE SAMPLE,

    Plaintiffs,

v.   No. Civ. 1:23-865 DHU/KRS

ASHFORD TRS SANTA FE, LLC,

    Defendant.

## ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINES

THIS MATTER is before the Court on Plaintiff's Consent Motion to Extend Discovery Deadlines. (Doc. 36). Considering the Motion and record of the case, and noting the Motion is unopposed, the Court grants the Motion and extends the parties' discovery deadlines as follows:

(a) Deadline for Plaintiffs to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15: **December 3, 2024**;

(b) Deadline for Defendant to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15: **January 1, 2025**;

(c) Deadline for Plaintiffs' expert reports: **January 1, 2025**;

(d) Deadline for Defendant's expert reports: **February 1, 2025**;

(e) Termination of discovery: **July 2, 2025**;

(f) Deadline for supplementing discovery/disclosures: Due within thirty (30) days of receipt of information giving rise to the need for supplementation;

(g) Motions relating to discovery: **July 22, 2025**;

(h) All other motions: **August 3, 2025**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE