UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANGELA SAMPLE and DWAYNE SAMPLE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ASHFORD TRS SANTA FE, LLC d/b/a "HILTON SANTA FE HISTORIC PLAZA,"<br><br>*Defendant*. | CASE NO. 1.23-cv00865-JFR-KRS<br><br>WITHDRAWAL OF ATTORNEY |

The undersigned hereby consent to the withdrawal of Samuel D. Jackson, Esq. (New Jersey Attorney ID: 130452017, admitted *pro hac vice*) as attorney for the Plaintiffs in the above captioned matter. Lento Law Group, P.C. will continue to represent the Plaintiffs through attorney Soleiman Raie, Esq., (PA Attorney ID #: 203593).

LENTO LAW GROUP, P.C.

_____
SAL RAIE, ESQ
*Superseding Attorney*
PA Attorney ID #: 203593
1814 East Route # 70, Suite 321
Cherry Hill, NJ 08034
856-652-2000 – P
856-375-1010 – F

RATLIFF JACKSON, LLP

_____
SAMUEL D. JACKSON, ESQ.
*Withdrawing Attorney*
NJ Attorney ID #: 130452017
811 Church Road, Suite 105
Cherry Hill, NJ 08002
(856) 209-3111 – T
(908) 543-3534 – F

Dated: April 1, 2025