IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELA SAMPLE AND DWAYNE SAMPLE

    Plaintiffs,

v.                                    No. Civ. 1:23-cv-00865-SMD-KRS

ASHFORD TRS SANTA FE, LLC,

    Defendant.

## ORDER

**THIS MATTER** is before the Court on (1) Attorney Dolores Bojazi's "Motion To Withdraw As Counsel For The Plaintiffs" **(Doc. 70)**; (2) the "Motion And Memorandum Of Law In Opposition To Counsel's Motion To Withdraw," filed by Plaintiffs Angela Sample and Dwayne Sample, acting pro se **(Doc. 72)**; and (3) Attorney Karlos Ulibarri's Motion To Withdraw As Local Counsel For The Plaintiffs And Local Counsel For The Lento Law Group, P.C. **(Doc. 73)**. The Court takes the above filings under advisement, and **ORDERS** as follows:

1. Counsel and parties are directed to appear at a telephonic hearing on **October 22, 2025 at 9:00 a.m. Mountain Time**, at which time the Court will address the two Motions to Withdraw and the pro se Plaintiffs' opposition thereto. Counsel and parties are directed to call Judge Sweazea's WebEx teleconference line at **(855) 244-8681,** and enter **Meeting Number 2300 989 9447#,** to be connected to the proceedings.

2. All attorneys in the case are directed to appear at the October 22, 2025 hearing, including the two attorneys seeking to withdraw, **Ms. Bojazi** and **Mr. Ulibarri**, and the two additional attorneys with appearances on Plaintiffs' behalf, **Soleiman Raie**, and **John Fisher**. **Defense counsel** should also attend, as well as **Plaintiffs Angela Sample and Dwayne Sample**, who are ordered to personally participate in the telephonic hearing.

3. Attorney Bojazi is directed to serve this Order on Plaintiffs Angela Sample and Dwayne Sample, by email (if known) and by U.S. Postal Service, first class, postage prepaid, addressed to Plaintiffs' current, or if unknown and not easily obtained, last known address.

4. Although Attorneys Raie and Fisher are registered to receive service through CM/ECF, the email addresses listed for them on the docket indicate they are associated with Attorney Bojazi's law firm, the Lento Law Group, P.C. Contrary to what the docket shows, Attorney Bojazi's Motion to Withdraw states that Raie and Fisher are "formerly of the Lento Law Group." (Doc. 70 ¶ 2). The Motion continues that, "while attorneys Raie and Fisher are no longer employed by the Lento Law Group, they have not withdrawn from this matter." (*Id.* ¶ 3). Given the information provided by Attorney Bojazi in her Motion to Withdraw, the Court concludes it is unlikely that Attorneys Raie and Fisher have been receiving or will receive in the future actual email service through the CM/ECF system of filings in this matter. Accordingly, Attorney Bojazi is directed to serve the two Motions to Withdraw (Docs. 70, 73), Plaintiffs' response in opposition (Doc. 72), and this Order on Attorneys Raie and Fisher. Service shall be accomplished by current email (if known), and by U.S. Postal Service, first class, postage prepaid, addressed to Attorneys Raie and Fisher at their current business address (if known), and/or any forwarding address known to or easily obtained by the Lento Law Group.

5. Attorney Bojazi is directed to notify her clients, as well as the Court, of the current email, telephone number, and mailing address for Attorneys Raie and Fisher.

6. Attorneys Raie and Fisher are ordered to comply with D.N.M. LR-Civ. 83.6, **Change of Address**, which states that "[a]ll attorneys of record and parties appearing pro se have a continuing duty to notify the Clerk, in writing, of any change in their firm name, mailing addresses, telephone numbers, facsimile numbers, or electronic addresses."

7. Prior to the October 22, 2025 hearing, Attorney Bojazi is ordered to file a certificate of service indicating when and how she served Plaintiffs Angela Sample and Dwayne Sample, and Attorneys Raie and Fisher, as directed by this Order.

8. Also prior to the hearing, Attorney Bojazi shall notify the Court of her client's address and telephone number. *See* D.N.M. LR-Civ. 83.8(a).

9. Also prior to the hearing, Attorney Bojazi and Attorney Ulibarri shall comply with D.N.M. LR-Civ. 7.1(a)'s requirement that they determine whether their Motions to Withdraw are opposed by Defendant. "[A] motion that omits recitation of a good-faith request for concurrence may be summarily denied." *Id.*

IT IS SO ORDERED this 25th day of September, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE