IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELA SAMPLE, and
DAYNE SAMPLE,

    Plaintiffs,

v.                        No. Civ. 1:23-cv-00865-SMD-KRS

ASHFORD TRS SANTA FE, LLC,

    Defendant.

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE ELECTRONICALLY, AND NOTICE TO PRO SE PARTIES REGARDING COMPLIANCE WITH ORDERS AND RULES**

THIS MATTER is before the Court on the Motion For Leave To File Electronically by Plaintiffs Angela Sample and Dwayne Sample, filed October 20, 2025. (Doc. 82).

Plaintiffs request permission to electronically file documents in this case. The CM/ECF Administrative Procedures Manual for the District of New Mexico ("CM/ECF Manual"), available on the District of New Mexico website, provides that, to become a participant in CM/ECF, a pro se party (that is, a party who is not represented by an attorney), must file a motion in paper requesting permission to file electronically, and must also register for a PACER account.[1] The steps needed to register are set out in the CM/ECF Manual.

The Court grants Plaintiffs permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022)[2] ("[A]pproval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se*

---

[1] *https://www.nmd.uscourts.gov/sites/nmd/files/Admin%20Procedures%20Manual%20%20Revised%2006-10-24.pdf.*

[2] *https://www.nmd.uscourts.gov/sites/nmd/files/ProSePackage.pdf.*

litigant wishes to file using their CM/ECF account."). The Court will revoke permission to file electronically if Plaintiffs abuse their electronic filing privilege or fail to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at *http://www.nmd.uscourts.gov/filing-information*. This Order only grants Plaintiffs permission to participate in CM/ECF. Plaintiffs are responsible for registering to become participants.

### Notice To Pro Se Parties Regarding Compliance with Orders and Rules

Plaintiffs have a responsibility for becoming familiar with and complying with the Federal and Local Rules of Civil Procedure. *See Oklahoma Radio Assoc. v. Federal Deposit Ins. Corp.*, 969 F.2d 940, 942 (10th Cir. 1992) ("the Federal Rules of Civil Procedure have the force and effect of a federal statute"). The Federal and Local Rules are available on the District's website.[3]

Failure to comply with Court Orders and the Federal and Local Rules of Civil Procedure interferes with the judicial process and may result in monetary and non-monetary sanctions including filing restrictions and dismissal of this case. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed. Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

---

[3] *https://www.nmd.uscourts.gov/court-info/local-rules-and-orders*.

The Court and the Parties have a responsibility to administer the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1. If, after having been notified of their obligation to comply, Plaintiffs continue to not comply with Court Orders and the Federal and Local Rules of Civil Procedure, then such failure to comply will indicate Plaintiffs are either unwilling or unable to comply. *See* Fed. R. Civ. P. 11(b) (by filing documents with the Court, attorneys and *pro se* parties certify that the documents are "not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation"). If Plaintiffs are unwilling or unable to comply with Court Orders and the Federal and Local Rules of Civil Procedure, the Court must issue orders to ensure the speedy and inexpensive determination of this case, such as imposing filing restrictions or dismissing this case.

IT IS ORDERED that Plaintiffs' motion For Leave To File Electronically (Doc. 82), is **GRANTED**.

THIS 24th day of October 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE