UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO


ANGELA SAMPLE and DWAYNE SAMPLE,

Plaintiffs,


v.


ASHFORD TRS SANTA FE, LLC,

Defendant.


Case No. 1:23-cv-00865-SMD-KRS


**PLAINTIFFS' NOTICE OF COMPLIANCE WITH D.N.M. LR-CIV. 7.1(a)**


Plaintiffs Angela Sample and Dwayne Sample, proceeding pro se, respectfully file this Notice of Compliance with D.N.M. LR-Civ. 7.1(a).


After filing Plaintiffs' Motion for Leave to Submit Narrow Request for Chambers-Conflict Clarification, Plaintiffs conferred with defense counsel regarding the relief requested.


Defense counsel opposes the relief requested and has demanded that Plaintiffs withdraw the filing.


Plaintiffs respectfully clarify that the filing is not intended as discovery, does not seek discovery from Defendant, does not seek to reopen discovery, and does not request that Defendant investigate chambers staff. The filing is directed to the Court only and seeks limited clarification concerning potential appearance-of-impartiality issues under 28 U.S.C. § 455.


Plaintiffs submit this Notice to cure any procedural concern regarding concurrence under D.N.M. LR-Civ. 7.1(a). Plaintiffs respectfully request that the Court accept this Notice and consider Plaintiffs' filing on the merits.

Respectfully submitted,

/s/ Angela Sample

Angela Sample, Pro Se Plaintiff

/s/ Dwayne Sample

Dwayne Sample, Pro Se Plaintiff

Date: 4/27/26

**CERTIFICATE OF SERVICE**

I certify that on 4/27/26, I filed the foregoing using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ Angela Sample

Angela Sample, Pro Se Plaintiff