## EXHIBIT A

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

Source identified by Plaintiffs: Mascarenas v. Village of Angel Fire, No. 1:23-cv-00052-GBW-LF, Document 51, filed November 13, 2023, United States District Court for the District of New Mexico.

Relevant text excerpt:

"The Court, having before it the Unopposed Motion to Withdraw of Leigh Messerer, Esq. and noting Plaintiff Fabian Mascarenas will continue to be represented by counsel of record in this matter, finds the motion is well taken.

IT IS THEREFORE ORDERED that Leigh Messerer, Esq. is withdrawn as counsel for Plaintiff Fabian Mascarenas."

Submitted by:
Counsel for Plaintiff
HEMPHILL & MESSERER, P.C.
/s/ Leigh Messerer
Linda G. Hemphill, Esq.
Leigh Messerer, Esq.
P.O. Box 33136
Santa Fe, New Mexico 87594

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FABIAN MASCAREÑAS,

Plaintiff,

vs.

No. 1:23-cv-00052-GBW-LF

VILLAGE OF ANGEL FIRE,
NEW MEXICO and the
HONORABLE JO MIXON,

Defendants

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

The Court, having before it the Unopposed Motion to Withdraw of Leigh Messerer, Esq. and noting Plaintiff Fabian Mascarenas will continue to be represented by counsel of record in this matter, finds the motion is well taken.

IT IS THEREFORE ORDERED that Leigh Messerer, Esq. is withdrawn as counsel for Plaintiff Fabian Mascarenas.

Laura Fashing
United States Magistrate Judge

Submitted by:

*Counsel for Plaintiff*

HEMPHILL & MESSERER, P.C.

_/s/ Leigh Messerer_
Linda G. Hemphill, Esq.
Leigh Messerer, Esq.
P.O. Box 33136
Santa Fe, New Mexico 87594
(505) 986-8515
linda@hemphillfirm.com
leigh@hemphillfirm.com

and

Trevor T. Moore, Esq.
P.O. Box 1592
Angel Fire, New Mexico 87710
(575) 595-1000
tmoore5123@gmail.com


Approved as to form:

*Counsel for Defendants*

GERMAN–BURNETTE & ASSOCIATES, LLC

By: Approved via email 11/9/23
Jason M. Burnette, Esq.
Alexander W. Tucker, Esq.
11728 Linn Ave, NE
Albuquerque, NM 871121223 S. Saint Francis Dr., Ste. C
Santa Fe, New Mexico 87505
(505) 992-1515
jason@germanassociates.com
alex@germanassociates.com

2