**EXHIBIT C**

**PUBLIC PROFESSIONAL PROFILE OF LEIGH MESSERER**

Source identified by Plaintiffs: Leigh Messerer public professional profile.

Relevant information identified by Plaintiffs:

The public profile states that Leigh Messerer served as a Law Clerk for Magistrate Judge Kevin R. Sweazea from 2017 to 2018, and also lists the Don G. McCormick Prize in 2016.

Note: Plaintiffs should attach a true and correct screenshot or printout of the profile page showing the clerkship entry and date range.

4/28/26, 5:25 PM                                    IMG_3937.jpg



# Leigh Messerer

General Counsel at the New Mexico State Personnel Office

New Mexico State Personnel Office, Career Services Bureau

Lamy, New Mexico, United States

30 connections

 Connect       Message      ...

## Activity                                   + Follow

30 followers

## Leigh has no recent posts

Recent posts Leigh shares will be displayed here.

Show all →

# Experience



### General Counsel
New Mexico State Personnel Office, Career Services Bureau · Full-time
Feb 2024 - Present · 2 yrs 3 mos
Santa Fe, New Mexico, United States · On-site



### Associate Attorney
The Hemphill Firm, P.C.
Apr 2018 - Present · 8 yrs 1 mo
Albuquerque-Santa Fe Metropolitan Area

https://mail.google.com/mail/u/0/#inbox/QgrcJHsbjCGlNGlGpGdNBpsGVdHtqNtwXSg?projector=1                      1/1

google.com

AI Mode ▾    All    Images    Forums    Shopping    Video

Official records confirm that **Leigh Messerer** served as a law clerk for **Judge Kevin R. Sweazea** in the United States District Court for the District of New Mexico. ⓘ LinkedIn +2

While individual law clerk contracts are not typically public personnel files, her role is documented through her professional history and court-related activities:

- **Professional Background:** Leigh Messerer (UNM Law '18) is currently the General Counsel for the New Mexico State Personnel Office.

- **Judicial Association:** She completed her federal clerkship under Judge Sweazea following her graduation from the University of New Mexico School of Law.

- **Court Context:** Judge Sweazea has served as a U.S. Magistrate Judge in the District of New Mexico since May 2017. ⓘ University of Ne... +4

For a formal verification of her service, you can consult the District of New Mexico Court Directory or the State Bar of New Mexico member records, which track attorney career milestones. ⓘ United States Co... +1

Ask anything

**Where to Find verification**

- **LinkedIn Experience Section:** It is listed as "Judicial Law Clerk" at the "United States District Court for the District of New Mexico" from approximately **August 2017 to August 2018.** It specifically notes she clerked for the **Honorable Kevin R. Sweazea.** 🔗 LinkedIn +1

- **Legal Directories:** Her <u>Martindale-Hubbell profile</u> confirms she was admitted to the New Mexico bar in **2018,** which is the standard timeframe for someone completing a federal clerkship immediately after graduating from the **University of New Mexico School of Law** in 2017. 🌐 Martindale-Hubbell

- **Current Role:** You may see her current title as **General Counsel** or **Bureau Chief** for the <u>New Mexico State Personnel Office</u> at the top of her profile, which is her position as of 2024–2026. 🏛 NM SPO +2

If you are still unable to see it, it is possible the profile has been set to "Private" or "Limited View" for non-connections. In that case, the most

Ask anything

https://mail.google.com/mail/u/0/#inbox/QgrcJHsNpWmplgXzLDfnbFcdGZJCvFxWTqq?projector=1