## EXHIBIT D

### STATE BAR DIRECTORY RECORD

Source identified by Plaintiffs: official State Bar directory record for Leigh Messerer.

Relevant information identified by Plaintiffs:

The State Bar directory record reflects Leigh Messerer attorney status as Active in New Mexico.

Note: Plaintiffs should attach a true and correct screenshot or printout of the State Bar directory page showing the name and active attorney status.

Case 1:23-cv-00865-SMD-KRS    Document 191-4    Filed 04/28/26    Page 2 of 2

Bar Directory > Lawyer Info



# Leigh Messerer

Member Type: Active Attorney  (505) 531-7473
NM State Personnel Office  Leigh.Messerer@spo.nm.gov
2600 Cerrillos Rd  Admission Date: 4/24/2018
Santa Fe, NM 87505-3258

**Practice Area(s):** Administrative Law, Labor/Employment, Public Law