**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

ANGELA SAMPLE and
DWAYNE SAMPLE,

     Plaintiffs,

v.                                 **Case No. 1:23-cv-00865-SMD-KRS**

ASHFORD TRS SANTA FE, LLC

     Defendant.

### AFFIDAVIT – LEIGH MESSERER

1. My name is Leigh Messerer.

2. I am an attorney, licensed to practice law in the State of New Mexico.

3. Peter Messerer, a witness in the above-referenced matter, is my son.

4. I have been contacted by defense counsel in the above-referenced matter, regarding an allegation made by Plaintiffs that I worked in any capacity in Judge Sweazea's chambers.

5. I have never been a law clerk for a federal judge, including Judge Sweazea.

6. After I graduated from law school in December 2017, I took time off to study for the New Mexico Bar exam and then began working for The Hemphill Firm, P.C. where I worked until joining the New Mexico State Personnel Office in November 2023.

7. I have been provided the Google and AI documents Plaintiffs attached to their federal court pleadings as exhibits.

8. The source document appears to be a Google search and mentions a federal clerkship under Judge Sweazea. This was not me.

EXHIBIT
2

9. I am unaware of any other Leigh Messerer licensed to practice law in the State of New Mexico.

Further affiant sayeth not.

 4/29/26

Leigh Messerer/Date

STATE OF NEW MEXICO   )
                      ) ss.
COUNTY OF SANTA FE    )

SUBSCRIBED AND SWORN to before me this _29th_ day of _APRIL_, 2026,

by **Leigh Messerer.**

DENISE FORLIZZI
STATE OF NEW MEXICO
NOTARY PUBLIC
COMMISSION # 1128370
EXPIRES MARCH 9, 2028

Notary Public

My Commission Expires: _3/9/28_