IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


ANGELA SAMPLE and DWAYNE SAMPLE,

Plaintiffs,


v.                                    Case No. 1:23-cv-00865-SMD-KRS


ASHFORD TRS SANTA FE, LLC,

Defendant.


**PLAINTIFFS' MOTION FOR LEAVE TO FILE LIMITED SURREPLY**

**Pursuant to D.N.M. LR-Civ. 7.1(a), Plaintiffs sought Defendant's position on this Motion for Leave to File Limited Surreply on _____April 30th ___, 2026.  Because Defendant's Reply seeks sanctions and opposes Plaintiffs' prior filing, Plaintiffs understand Defendant opposes the requested relief.**


Plaintiffs Angela Sample and Dwayne Sample, proceeding pro se, respectfully move for leave to file a limited surreply to Defendant's Reply in support of its Motion to Strike, for Sanctions, and in the Alternative, Response in Opposition.


Defendant's Reply raises new factual material and new accusations that were not presented in Defendant's opening motion. Specifically, Defendant relies on a new affidavit from Leigh Messerer, asserts new Rule 11 arguments, and characterizes Plaintiffs' filing as knowingly false or frivolous. Plaintiffs respectfully request a limited opportunity to respond to those new matters.


Plaintiffs do not seek to expand briefing unnecessarily. Plaintiffs seek only to clarify the factual basis for their good-faith filing, address the new affidavit, and respond to Defendant's new Rule 11 allegations. Plaintiffs also seek to clarify that Defendant's own submission appears to confirm at least one material factual basis for Plaintiffs' concern: that Leigh Messerer is the mother of Peter Messerer, a material witness in this matter.


Plaintiffs' prior filing was made in good faith and was presented as a limited request for clarification under 28 U.S.C. § 455, not as an accusation of misconduct against the Court, chambers staff, or counsel.

Plaintiffs did not seek discovery, did not seek to harass Defendant, and did not intend to mislead the Court.

Because Defendant's Reply introduces new evidence and new grounds for sanctions, fundamental fairness supports allowing Plaintiffs a short, limited surreply directed only to those new matters.

WHEREFORE, Plaintiffs respectfully request that the Court grant leave to file a limited surreply addressing: (1) Defendant's new affidavit; (2) Defendant's new Rule 11 accusations; and (3) Plaintiffs' good-faith basis for seeking limited clarification under 28 U.S.C. § 455.

Respectfully submitted,

Angela Sample

Dwayne Sample

Plaintiffs, Pro Se

**CERTIFICATE OF SERVICE**

I certify that on this _30th__ day of ___April_____, 2026, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which served all counsel of record.

Angela Sample

Dwayne Sample