## Abel Romero

| | |
|---|---|
| **From:** | Messerer, Leigh, SPO <leigh.messerer@spo.nm.gov> |
| **Sent:** | Monday, May 11, 2026 8:33 AM |
| **To:** | Abel Romero; Donna Chapman |
| **Cc:** | Elizabeth Perkins |
| **Subject:** | RE: [EXTERNAL] Sample - Draft Affidavit - Leigh Messerer.docx |
| | |
| **Categories:** | Litify |

Good morning,

Yes.  Dwayne Sample viewed my profiled 4 days ago.  Both viewed my profile a couple days before I sent the affidavit.

Leigh



**Leigh Messerer** | General Counsel

Leigh.Messerer@spo.nm.gov

(505) 531-7473

https://www.spo.state.nm.us/

**Resourceful · Responsive · Innovative**





**From:** Abel Romero <abel.romero@qpwblaw.com>
**Sent:** Monday, May 4, 2026 3:19 PM
**To:** Messerer, Leigh, SPO <leigh.messerer@spo.nm.gov>; Donna Chapman <donna.chapman@qpwblaw.com>
**Cc:** Elizabeth Perkins <elizabeth.perkins@qpwblaw.com>
**Subject:** RE: [EXTERNAL] Sample - Draft Affidavit - Leigh Messerer.docx

Hi Leigh,

Donna mentioned that you might have access to see if the Samples accessed your LinkedIn profile. Are you able to see that and/or provide that information to us?



EXHIBIT
1
A

Thank you,



**Abel Romero** | Paralegal
**Quintairos, Prieto, Wood & Boyer, P.A.**
6565 Americas Parkway NE, Suite 200, Albuquerque, NM 87110
Ph: (505) 785-7012 ext 6704  Fax: (505) 785-7013
Email: abel.romero@qpwblaw.com
**qpwblaw.com**

Alabama ◆ Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Mich
Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Ohio ◆ Oregon ◆ Pennsylvania ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Utah ◆

**QPWB is committed to providing the best client experience possible.**
Please **contact client support** with any issues or questions regarding your service.