IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGELA SAMPLE and DWAYNE SAMPLE, Pro Se

Plaintiffs,

v.                Case No. 1:23-cv-00865-SMD-KRS

ASHFORD TRS SANTA FE, LLC,

Defendant.

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE LIMITED SURREPLY**

Plaintiffs Angela Sample and Dwayne Sample, proceeding pro se, respectfully submit this Reply in support of Plaintiffs' Motion for Leave to File Limited Surreply.

Defendant's opposition confirms why a limited surreply is appropriate. Defendant's reply and opposition rely on new factual material, including an affidavit from Leigh Messerer, and new accusations regarding Rule 11, Plaintiffs' intent, diligence, and alleged reliance on artificial intelligence. Plaintiffs do not seek to reargue the underlying motion or obtain the "last word." Plaintiffs seek only a narrow opportunity to address new matters raised after Plaintiffs' response.

Defendant's filings also appear to confirm one material factual basis for Plaintiffs' concern: Leigh Messerer is the mother of Peter Messerer, a material witness in this case. Plaintiffs raised the matter in good faith as a limited request for clarification under 28 U.S.C. § 455. Plaintiffs did not accuse the Court, chambers staff, counsel, or any witness of misconduct.

Plaintiffs also clarify that they do not seek to rely on any disputed clerkship issue as established fact without competent support. Plaintiffs seek leave only to clarify their good-faith basis, address Defendant's new affidavit, and respond to Defendant's new sanctions accusations.

Plaintiffs further note that Defendant cites New Mexico state procedural rules, including Rule 1-007 NMRA and Rule 1-011 NMRA. This case is pending in federal court and is governed by the Federal Rules of Civil Procedure and this Court's Local Rules.

A limited surreply will not prejudice Defendant. It will assist the Court by allowing Plaintiffs to address new evidence and new sanctions arguments raised after Plaintiffs' response. Plaintiffs respectfully request that the Court grant leave to file a short, limited surreply.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Leave to File Limited Surreply.

Respectfully submitted,

Angela Sample

Dwayne Sample

Plaintiffs, Pro Se

**CERTIFICATE OF SERVICE**

I certify that on this _12th__ day of ___May_____, 2026, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which served all counsel of record.

Donna Chapman & Elizabeth Perkins