# Plaintiffs' Preliminary Final Exhibit List

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGELA SAMPLE and DWAYNE SAMPLE, Plaintiffs,

v. Case No. 1:23-cv-00865-SMD-KRS

ASHFORD TRS SANTA FE, LLC, Defendant.

PLAINTIFFS' PRELIMINARY FINAL EXHIBIT LIST

DATED: June 17, 2026

CATEGORY A – HOTEL RECORDS AND BUSINESS RECORDS

P-1 – Internal Check-In Document Showing Hilton Honors Diamond Status #931728601 and Service Dog Notation (ASHFORD00001)

P-2 – Pet Fee Invoice (ASHFORD00002)

P-3 – Angelica Ornelas PM Recap / Internal Room Report (ASHFORD00012)

P-4 – Clarence Achey Shift Record and Witness Identification (ASHFORD00014)

P-5 – Jeff Park Complaint Record (ASHFORD00025)

P-6 – Sarah Ridens Complaint Record (ASHFORD00026)

P-7 – Peter Messerer Incident Report (ASHFORD00031)

P-8 – Peter Messerer Incident Report Continuation (ASHFORD00032)

CATEGORY B – POLICE, 911, AND GOVERNMENT RECORDS

P-9 – Peter Messerer 911 Documentation (ASHFORD00006)

P-10 – Angelica Ornelas 911 Documentation (ASHFORD00008)

P-11 – Angela Sample / Officer Lopez Record (ASHFORD00011)

P-12 – Santa Fe Police Department Event No. 22190392 Records

P-13 – Audio Recording of Peter Messerer 911 Call

P-14 – Audio Recording Associated with Angelica Ornelas 911 Call

CATEGORY C – EMPLOYEE TIME AND TIMELINE RECORDS

P-15 – Peter Messerer Time Record (ASHFORD00045)

P-16 – Angelica Ornelas Time Record (ASHFORD00017 and ASHFORD00046)

P-17 – Employee Time Records (ASHFORD00040–00048)

CATEGORY D – HILTON CORPORATE COMMUNICATIONS

P-18 – Hilton Corporate Case File No. 149688717

P-19 – Jody Almendarez Executive Ambassador Communications

P-20 – Pet Fee Charge and Refund Records

P-21 – Peter Messerer Apology and/or Refund Communications

P-22 – Better Business Bureau Response from Jody Almendarez

CATEGORY E – PLAINTIFF COMMUNICATIONS, DAMAGES, MEDICAL, AND SERVICE DOG RECORDS

P-23 – Angelica Ornelas Personal Phone Call Screenshot(s)

P-24 – Cellular Telephone Records

P-25 – Dr. David Schroeder Letter

P-26 – Dianne Moore Treatment Records (Angela Sample)

P-27 – Traumatic Brain Injury (TBI), PTSD Treatment, Counseling, and Mental Health Records

P-28 – Honey Service Dog Records and Training Documentation

Respectfully submitted,

/s/ Dwayne Sample

Dwayne Sample, Pro Se

/s/ Angela Sample

Angela Sample, Pro Se