**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANGELA SAMPLE and DAYNE SAMPLE,

      Plaintiffs,

v.                                         No. 1:23-cv-865-SMD-KRS

ASHFORD TRS SANTA FE, LLC, d/b/a
HILTON SANTA FE HISTORIC PLAZA,

      Defendant.

---

**CLERK'S MINUTES AND SETTLEMENT CONFERENCE MEMORANDUM**

**Before Magistrate Judge Kevin R. Sweazea**

Date and Time: **July 20, 2026 at 9:00 a.m.**    **X** Via Zoom

Time in Court: **2 hours, 35 minutes**

Plaintiffs:                             Defendant's Counsel:

**Angela Sample, Pro Se**          **Donna Chapman**
**Dwayne Sample, Pro Se**         **Elizabeth Perkins**

                                       Appearances for Defendant:

                                       **Robyn Trosper**, Counsel for Ashford TRS
                                       **Janet Coffey**, Property Management Co. for
                                                Ashford TRS

**X Case settled**. Closing documents to be filed within **thirty (30) days**.

___ **Case did not settle**.

_ **Settlement efforts to be continued.**