**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**ANGELA SAMPLE and**
**DWAYNE SAMPLE,**

     **Plaintiffs,**

**v.**                                                            **Case No. 1:23-cv-00865-SMD-KRS**

**ASHFORD TRS SANTA FE, LLC**

     **Defendant.**

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Ashford TRS Santa Fe, LLC by and through its counsel, Quintairos, Prieto, Wood & Boyer, P.A. (Donna L. Chapman and Elizabeth G. Perkins) and Angela and Dwayne Sample, Plaintiffs Pro Se, hereby move that the above-captioned case be dismissed in its entirety with prejudice, with each party to be responsible for its own costs and fees. As grounds for their motion, the parties state that the controversies between them have been resolved by settlement during the Court's settlement conference held on July 20, 2026.

WHEREFORE, the parties respectfully request that the Court dismiss Plaintiff's Complaint with prejudice and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

*/s/ Elizabeth G. Perkins*
     Donna L. Chapman
     Elizabeth G. Perkins
6565 Americas Parkway NE, Suite 200
Albuquerque, NM 87110
Phone: (505) 785-7012
Fax: (505) 785-7013
Email: elizabeth.perkins@qpwblaw.com
     donna.chapman@qpwblaw.com
*Attorneys for Defendant Ashford TRS Santa Fe, LLC*

/s/ *Approved via Email 8/6/2026*
Dwayne Sample
3908 Ryedale Way
Colorado Springs, CO 80922
Dsample1378@gmail.com
*Plaintiff pro se*

/s/ *Approved via Email 8/6/2026*
Angela Sample
3908 Ryedale Way
Colorado Springs, CO 80922
am.sigismondi@gmail.com
*Plaintiff pro se*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2026, pursuant to Fed. R. Civ. P. 5, a true and correct copy of the foregoing was filed via EM/ECF, causing a copy to be served upon all counsel of record, and delivered via electronic mail:

Dwayne Sample
3908 Ryedale Way
Colorado Springs, CO 80922
Dsample1378@gmail.com
*Plaintiff pro se*

Angela Sample
3908 Ryedale Way
Colorado Springs, CO 80922
am.sigismondi@gmail.com
*Plaintiff pro se*

/s/ *Elizabeth G. Perkins*
Elizabeth G. Perkins