# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANGELA SAMPLE and
DWAYNE SAMPLE,

     Plaintiffs,

v.                             No. 1:23-cv-00865-SMD-KRS

ASHFORD TRS SANTA FE, LLC,

     Defendant.

## ORDER CLOSING CASE

THIS MATTER is before the Court on the Joint Motion for Dismissal With Prejudice (Doc. 220), filed August 7, 2026, signed by all parties to the case, in which the parties jointly request dismissal with prejudice of the case, with each party to bear its own costs and attorneys' fees.

"Under Rule 41(a)(1)(A)(ii), a plaintiff can voluntarily dismiss a case 'by filing… a stipulation of dismissal signed by all parties who have appeared.'" *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). "A stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing and immediately strips the district court of jurisdiction over the merits." *Id*.

Accordingly, it is ORDERED that this case is now CLOSED.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**